# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 13, 2020

Mr. Frank W. Heft Jr.
Mr. Donald Jay Meier
Western Kentucky Federal Community Defender, Inc.
629 S. Fourth Avenue
Suite 200
Louisville, KY 40202

Ms. Monica Wheatley
Office of the U.S. Attorney
717 W. Broadway
Louisville, KY 40202

Re: Case No. 19-5454, *USA v. Andrew Schmidt*
Originating Case No. : 3:17-cr-00178-1

Dear Counsel,

The Court issued the enclosed opinion today in this case.

Sincerely yours,

s/Cathryn Lovely
Opinions Deputy

cc: Ms. Vanessa L. Armstrong

Enclosure

Mandate to issue