# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 19-5454

_____

Filed: March 09, 2020

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ANDREW PAUL SCHMIDT

      Defendant - Appellant

## MANDATE

  Pursuant to the court's disposition that was filed 02/13/2020 the mandate for this case hereby issues today.

COSTS: None

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 09, 2020

Ms. Vanessa L. Armstrong
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

Re: Case No. 19-5454, *USA v. Andrew Schmidt*
Originating Case No. : 3:17-cr-00178-1

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Maddison R Edelbrock
For Sharday Swain

cc: Mr. Frank W. Heft Jr.
　　Mr. Donald Jay Meier
　　Ms. Monica Wheatley

Enclosure